```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 11745
   SARA R STANGA
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5347


---------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/08/08 and confirmed on 10/09/08.

   2.  The case was converted to Chapter 7 after confirmation, 02/10/2009.

   3.  The Debtor paid a total of $   1981.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 2440.43 | .00 | .00 |
| ADVANCE FINANCIAL FEDERA | SECURED VEHIC | .00 | .00 | .00 |
| LAKEWOOD FALLS COMMUNITY | SECURED | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LHR COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PHARIA LLC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| VISION FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

       Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      2440.43          .00          .00           .00       2440.43
PRINCIPAL PAID              .00          .00          .00           .00           .00
INTEREST PAID               .00          .00          .00           .00           .00
TOTAL PAID                  .00          .00          .00           .00           .00
```

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3500.00
and was paid $   1050.00   direct and $   1876.00   through the plan.

The Trustee received $     105.00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE